## Mercer's Estate.

*Decedents estates—Widow's $5,000 preference—Act of April 1, 1909, P. L. 87—Constitutional law.*

The Act of April 1, 1909, P. L. 87, applies to the estate of a testate whose widow has elected to take against the will. The act is constitutional.

Submitted Feb. 6, 1912. Appeal, No. 276, Jan. T., 1911, by Farmers & Mechanics Trust Company, Committee of Theodore Mercer, from decree of O. C. Chester Co., dismissing exceptions to widow's preference in Estate of J. Edge Mercer. Before FELL, C. J., MESTREZAT, POTTER, ELKIN and MOSCHZISKER, JJ. Affirmed.

Exception to widow's preference. Before HEMPHILL, P. J.

*Error assigned* was in dismissing exception to widow's preference.

*Thomas W. Pierce,* for appellant.

*Walter S. Talbot,* with him *Jos. H. Baldwin,* for appellee.

OPINION BY MR. JUSTICE MESTREZAT, February 19, 1912:

The question raised on this record involves the interpretation of the act of April 1, 1909, P. L. 87, and is determined by the decision in the estate of Joseph Guenthoer, Deceased, 235 Pa. 67. For the reasons stated in the opinion filed herewith in that estate, the decree of the court below is affirmed.